B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Missouri

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Demolition Interior Specialists, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**11-3838205** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1625 Locust Street**<br>**Kansas City, MO**<br>ZIP Code **64108** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Jackson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Demolition Interior Specialists, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Demolition Interior Specialists, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Jeffrey A. Deines**
Signature of Attorney for Debtor(s)

**Jeffrey A. Deines 53531**
Printed Name of Attorney for Debtor(s)

**Lentz Clark Deines PA**
Firm Name

**9260 Glenwood**
**Overland Park, KS 66212**
_____
Address

**913-648-0600  Fax: 913-648-0664**
Telephone Number

**July 16, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mike Huxel**
Signature of Authorized Individual

**Mike Huxel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July 16, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

3-E Safety Services, LLC
1503 Main
Grandview MO 64030

3-L's Holding Comapny, Inc.
2196 N 600 Road
Eudora KS 66025

ABCO Supply
927 S. 7th Street
Kansas City KS 66105

Albert Tamm Lumber Co
3232 E 18th Street
Kansas City MO 64127

Alliance Fire Protection , LLC
130 West 9th Avenue Suite 101
Kansas City MO 64116

Anchor Sales & Services Company, Inc.
106W. 31st Street
Independence MO 64055

AT&T
P.O. Box 6463
Carol Stream IL 60197-5001

Atronic Alarms
8220 Melrose Drive
Lenexa KS 66214

Bledsoe's Rental
1300 NE Douglas St.
Lee's Summit MO 64086

Bledsoe's Rental, Inc.
7749 Wornall Road
Kansas City MO 64114

BlueLine Rental LLC
2231 Papin Street
St. Louis MO 63103

```
Board Of Police Commissioners
Police Dept Alarm Admin
1125 Locust
Kansas City MO 64106


Brian Bode
1625 Locust Street
Kansas City MO 64108


Candlewood Suites
210 Blue Earth Place
Manhattan KS 66502


Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago IL 60693-0149


Cat Financial Commercial Acct
PO BOX 905229
Charlotte NC 28290-5229


Deffenbaugh Disposal Services
18181 W 53rd Street
P.O. BOX 3220
Shawnee KS 66203-0220


Duke Aerial Equipment Inc.
65037 BOSTON RD
Atlantic IA 50022


Edward Hayden
104 Lincoln Drive
Bruner MO 65620


EPay Systems
8430 W Bryn Mawr Ave
Suite 450
Chicago IL 60631


Gallas & Schultz
9140 Ward Parkway
Suite 200
Kansas CIty MO 64114
```

```
Gerken Environmental Enterpris
1528 W Mount Vernon
Springfield MO 64108


Greg Bair Track Hoe Serv, Inc.
15300 Broadmoor Street
Overland Park KS 66223-3141


Hertz Equipment Rental Corp.
P.O. Box 650280
Dallas TX 75265-0280


Hilti Inc.
Dept. 0890
P. O. Box 120001
Dallas TX 75312-0890


Hinkley
PO Box 660579
Dallas TX 75266-0579


Hohenshild Welders Supply Co.
1620 Campbell Street
Kansas City MO 64108


Holmes Drywall Supply
1701 W 25th Street
Kansas City MO 64108-2242


Hux LLC
511 N. Belmont Blvd
Kansas City MO 64123


INFOR (US), INC.
NW 7418
PO BOX 1450
Minneapolis MN 55485


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


IPFS Corporation
24722 Network Place
Chicago IL 60673-1247
```

```
K C Scaffold Service
316 Shawnee Avenue
Kansas City KS 66105


Kansas City Business Journal
1100 Main Street
Suite 210
Kansas City MO 64105


Kansas City Power & Light
P. O. Box 219330
Kansas City MO 64121-9330


Kate Mead



KC Water Services Department
P.O. Box 807045
Kansas City MO 64180-7045


KS Department of Revenue
915 SW Harrison
Topeka KS 66612


Labor Pros
PO BOX 4040
Omaha NE 68104-0040


Landmark  National Bank
Attn: Alan Farris
8101 West 135th St.
Overland Park KS 66223


Landmark National Bank
Attn:  Alan Farris
8101 W. 135th Street
Overland Park KS 66223


Matheson TRI-GAS INC.
6000 E Front St.
Kansas City MO 64120


McCray Lumber & Millwork
PO BOX 410325
Kansas City MO 64141-0325
```

```
MEM
MOEmployers Mutual Ins.
P. O. Box 801768
Kansas City MO 64180-1768


Miller Haviland Ketter PC, PA
1901 W. 47th Place
Suite 204
Westwood KS 66205


Missouri Department of Revenue
PO Box 475
Jefferson City MO 65105-0475


Mutual Of Omaha
PO BOX 36469
Newark NJ 07188


Noble Diagnostics, Inc.
19525 Janacek Court, #103
Brookfield WI 53045


Northeast Distribution Center
1025 Winchester
Kansas City MO 64126


Occupational Health Cntr of SW, P.
P.O. Box 369
Lombard IL 60148-0369


Olinger Rigging LLC
7405 E 12th Street
Kansas City MO 64126


Pinnacle Plotting & Supply
5041 Merriam Dr.
Merriam KS 66203


Praxair Distribution Inc
493 Dept CH 10660
Palatine IL 60055-0660


Precision Cutting & Coring LLC
3155 Fiberglass RD
Kansas City KS 66115
```

```
Quill Corporation
P.O. Box 37600
Philadephia PA 19101-0600


Safway Services, LLC
548 - South 11th Street
Kansas City KS 66105


Sprint
PO Box 4191l
Carol Stream IL 60197-4191


T & E Co, Inc. Tire Service
PO BOX 33442
Kansas City MO 64120


Ted's Trash Service
PO Box 520230
Independence MO 64052


The UPS Store
4741 Central Street
Kansas City MO 64112


Tompkins Industries, INC
75 Remittance Drive #6210
Chicago IL 60675-6210


Total Tools
PO Box 4069
St. Paul MN 55104


Unisource Document Products
PO Box 2222
St. Louis MO 63109-0222


United Rentals
(NorthAmerica), Inc
P O BOX 840514
Dallas TX 75284


Zummys Mobile Repair
4788 Clark Road
Meriden KS 66512
```

# United States Bankruptcy Court
### Western District of Missouri

In re  **Demolition Interior Specialists, Inc.**                                    Case No.
                              Debtor(s)                                                     Chapter    **11**

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:  **July 16, 2015**                              **/s/ Mike Huxel**
                                                    **Mike Huxel**/**President**
                                                    Signer/Title

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re  **Demolition Interior Specialists, Inc.**                                  Case No.
                                                    Debtor(s)                     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3-E Safety Services, LLC<br>1503 Main<br>Grandview, MO 64030 | 3-E Safety Services, LLC<br>1503 Main<br>Grandview, MO 64030 | Trade Debt | | 6,040.00 |
| Anchor Sales & Services Company, Inc.<br>106W. 31st Street<br>Independence, MO 64055 | Anchor Sales & Services Company, Inc.<br>106W. 31st Street<br>Independence, MO 64055 | Trade Debt | | 89,783.08 |
| Brian Bode<br>1625 Locust Street<br>Kansas City, MO 64108 | Brian Bode<br>1625 Locust Street<br>Kansas City, MO 64108 | Trade Debt | | 9,525.06 |
| Candlewood Suites<br>210 Blue Earth Place<br>Manhattan, KS 66502 | Candlewood Suites<br>210 Blue Earth Place<br>Manhattan, KS 66502 | Trade Debt | | 5,722.11 |
| Cat Financial Commercial Acct<br>PO BOX 905229<br>Charlotte, NC 28290-5229 | Cat Financial Commercial Acct<br>PO BOX 905229<br>Charlotte, NC 28290-5229 | Trade Debt | | 10,828.93 |
| Duke Aerial Equipment Inc.<br>65037 BOSTON RD<br>Atlantic, IA 50022 | Duke Aerial Equipment Inc.<br>65037 BOSTON RD<br>Atlantic, IA 50022 | Trade Debt | | 14,932.29 |
| Gerken Environmental Enterpris<br>1528 W Mount Vernon<br>Springfield, MO 64108 | Gerken Environmental Enterpris<br>1528 W Mount Vernon<br>Springfield, MO 64108 | Trade Debt | | 13,930.00 |
| Hertz Equipment Rental Corp.<br>P.O. Box 650280<br>Dallas, TX 75265-0280 | Hertz Equipment Rental Corp.<br>P.O. Box 650280<br>Dallas, TX 75265-0280 | Trade Debt | | 6,131.34 |
| Hilti Inc.<br>Dept. 0890<br>P. O. Box 120001<br>Dallas, TX 75312-0890 | Hilti Inc.<br>Dept. 0890<br>P. O. Box 120001<br>Dallas, TX 75312-0890 | Trade Debt | | 28,218.34 |
| Holmes Drywall Supply<br>1701 W 25th Street<br>Kansas City, MO 64108-2242 | Holmes Drywall Supply<br>1701 W 25th Street<br>Kansas City, MO 64108-2242 | Trade Debt | | 8,490.80 |

B4 (Official Form 4) (12/07) - Cont.

In re **Demolition Interior Specialists, Inc.**        Case No. _____

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hux LLC<br>511 N. Belmont Blvd<br>Kansas City, MO 64123 | Hux LLC<br>511 N. Belmont Blvd<br>Kansas City, MO 64123 | Trade Debt | | 134,025.01 |
| INFOR (US), INC.<br>NW 7418<br>PO BOX 1450<br>Minneapolis, MN 55485 | INFOR (US), INC.<br>NW 7418<br>PO BOX 1450<br>Minneapolis, MN 55485 | Trade Debt | | 5,088.00 |
| K C Scaffold Service<br>316 Shawnee Avenue<br>Kansas City, KS 66105 | K C Scaffold Service<br>316 Shawnee Avenue<br>Kansas City, KS 66105 | Trade Debt | | 24,987.06 |
| Labor Pros<br>PO BOX 4040<br>Omaha, NE 68104-0040 | Labor Pros<br>PO BOX 4040<br>Omaha, NE 68104-0040 | Trade Debt | | 33,799.80 |
| Matheson TRI-GAS INC.<br>6000 E Front St.<br>Kansas City, MO 64120 | Matheson TRI-GAS INC.<br>6000 E Front St.<br>Kansas City, MO 64120 | Trade Debt | | 3,826.80 |
| MEM<br>MOEmployers Mutual Ins.<br>P. O. Box 801768<br>Kansas City, MO 64180-1768 | MEM<br>MOEmployers Mutual Ins.<br>P. O. Box 801768<br>Kansas City, MO 64180-1768 | Trade Debt | | 19,039.70 |
| Miller Haviland Ketter PC, PA<br>1901 W. 47th Place<br>Suite 204<br>Westwood, KS 66205 | Miller Haviland Ketter PC, PA<br>1901 W. 47th Place<br>Suite 204<br>Westwood, KS 66205 | Accounting Services | | 33,488.64 |
| Precision Cutting & Coring LLC<br>3155 Fiberglass RD<br>Kansas City, KS 66115 | Precision Cutting & Coring LLC<br>3155 Fiberglass RD<br>Kansas City, KS 66115 | Trade Debt | | 7,052.78 |
| Total Tools<br>PO Box 4069<br>St. Paul, MN 55104 | Total Tools<br>PO Box 4069<br>St. Paul, MN 55104 | Trade Debt | | 7,408.14 |
| United Rentals (NorthAmerica), Inc<br>P O BOX 840514<br>Dallas, TX 75284 | United Rentals (NorthAmerica), Inc<br>P O BOX 840514<br>Dallas, TX 75284 | Trade Debt | | 91,856.86 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Demolition Interior Specialists, Inc.**         Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 16, 2015**            Signature **/s/ Mike Huxel**
                                                                **Mike Huxel**
                                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Western District of Missouri**

In re   **Demolition Interior Specialists, Inc.**  ,   Case No. _____

Debtor

Chapter   **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mixe Huxel**<br>**1625 Locust Street**<br>**Kansas City, MO 64108** | | **100%** | **Stock** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 16, 2015**                                Signature  **/s/ Mike Huxel**
                                                                   **Mike Huxel**
                                                                   **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Missouri

In re  **Demolition Interior Specialists, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Demolition Interior Specialists, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 16, 2015**  
Date

**/s/ Jeffrey A. Deines**  
**Jeffrey A. Deines**  
Signature of Attorney or Litigant  
Counsel for  **Demolition Interior Specialists, Inc.**  
**Lentz Clark Deines PA**  
**9260 Glenwood**  
**Overland Park, KS 66212**  
**913-648-0600 Fax:913-648-0664**